IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: |
| | : | January 9, 2015 |
| vs. | : | |
| | : | |
| CHRISTOPHER STEELE  #71296-066 | : | Criminal No.  14-110 |
| **FDC PHILADELPHIA** | | |
| **P.O. BOX 562** | | |
| **PHILADELPHIA, PA  19105** | | |
| **FEDERAL CUSTODY** | | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, April 14, 2015,** at **9:00 A.M.** before the Honorable Juan R. Sánchez, in **Courtroom 11A.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/Nancy E. DeLisle
Nancy E. DeLisle
Deputy Clerk to Judge Sánchez
267-299-7789

SENTENCING MEMOS ARE DUE MARCH 31, 2015
NO INTERPRETER REQUIRED

| Notice to: | |
|---|---|
| Defendant | (via MAIL) |
| Kevin Mark Wray, Esq. | (via EMAIL) |
| Michelle Rotella, AUSA | (via EMAIL) |
| U.S. Marshal | (via EMAIL) |
| Probation Office | (via EMAIL) |
| Pretrial Services | (via EMAIL) |
| Larry Bowman | (via EMAIL) |

Cr 4 (rev. 8/98)